UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTOPHER LANCE HARRIS #57285-177 | DOCKET NO. 1:22-CV-05425 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| CHAD GARRETT | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 2), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is **DENIED** and **DISMISSED WITH PREJUDICE**.

THUS DONE in Chambers this 16th day of November, 2022.

Robert R. Summerhays
United States District Judge